# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of October, two thousand and fifteen.

Before:  Susan L. Carney,
  *Circuit Judge*.

William L. McBurnie,

        Plaintiff-Appellant,  **ORDER**

   v.  Docket No. 15-701

Dane Keller Rutledge, Esq., Marsh & McLennan Companies, Incorporated, Marsh Incorporated, Marsh USA Incorporated,

        Defendants-Appellees.

William L. McBurnie,

        Plaintiff-Appellee,

   v.  Docket No. 15-1727

Dane Keller Rutledge, Esq.,

        Defendant-Appellant.

    Dane Keller Rutledge has filed a motion requesting that the above-captioned appeals be heard in tandem. William L. McBurnie opposes the motion.

    IT IS HEREBY ORDERED that the motion to have the appeals heard in tandem is GRANTED.

                              For the Court:

                              Catherine O'Hagan Wolfe,
                              Clerk of Court

